AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: 3:13mj 00018 | Date and time warrant executed: 4-11-13 | Copy of warrant and inventory left with: CHRISTINE LAU |
|---|---|---|

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

SEE DEA FORM 12, PROPERTY RECEIPTS

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
APR 12 2013
JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

NOTHING FURTHER [initials]

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4-12-13

[signature]
*Executing officer's signature*

ANTHONY BENNE, TFO, DEA
*Printed name and title*

Sworn to & subscribed before me on 4-12-13 [signature]

Rec'd by Return
By S.W. Ass't USA
4-12-13

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
Christine Lau
5 Deer Path
Charlottesville, Va 22903

FILE NO.

G-DEP IDENTIFIER

FILE TITLE [illegible]

DATE 4/11/13

DIVISION/DISTRICT OFFICE
New Jersey Division

Pg 2 of 2

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Misc [illegible] [illegible] [illegible] Records | |
| 1 | [illegible] [illegible] [illegible] [illegible] | |
| 1 | Misc [illegible] [illegible] [illegible] Office [illegible] | |
| 1 | Black Notebook Ledger | |
| 1 | BANK checks Iversiveri chemicals | |
| 1 | Misc Documents [illegible] [illegible] [illegible] | |
| 1 | Financial Documents [illegible] Office Dresser | |
| 1 | Credit Card Authorization Documents | |
| 1 | [illegible] Receipt David McGee | |
| 1 | [illegible] Flash Drives | |
| 1 | Samsung Phone Galaxy + charger | |
| 1 | Black I Phone + charger | |
| 1 | white I Phone in kitchen | |
| 1 | Grey Toshiba Lap Top + charger | |
| 1 | Grey Dell Lap top + charger | |
| 1 | (2) Safety Deposit keys 395-1 | |

RECEIVED BY (Signature)
TFO [signature]

NAME AND TITLE (Print or Type)
TFO John Roll

WITNESSED BY (Signature)
[signature]

NAME AND TITLE (Print or Type)
SA T. [illegible]

FORM DEA-12 (8-02) *Previous editions obsolete*

Electronic Form Version Designed in JetForm 5.2 Version

Rec'd w/ return by S.W. [illegible] 4-12-13

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Christine Lau<br>5 Deer Path<br>Charlottesville, VA 22903 | FILE TITLE<br>[illegible] | |
| | DATE 4/11/13 | |

DIVISION/DISTRICT OFFICE

New Jersey Division

Pg 1 of 2

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Metal Luxembourg Supreme Case | |
| 2 | Fed Ex label [illegible] | |
| ~~1~~ | ~~4 keys~~ | |
| 1 | [illegible] | |
| 1 | [illegible] | |
| 1 | Bank of America Receipt [illegible] | |
| 1 | Bank Documents [illegible] | |
| 1 | Bank Documents [illegible] Closet | |
| 1 | Passport Adam Liebel | |
| 2 | Safety Deposit keys [illegible] | |
| 1 | Misc Paperwork [illegible] closet | |
| 1 | Yellow [illegible] from China | |
| 1 | Bank of America Document [illegible] | |
| 1 | Bank of America Check book | |
| [illegible] | [illegible] of America Receipts | |
| 1 | [illegible] Receipts | to ; subsequent [illegible] |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| TFO [signature] | TFO John Rulli |
| **WITNESSED BY (Signature)** | **NAME AND TITLE (Print or Type)** |
| [signature] | SA Jim Fitzgerald |

FORM DEA-12 (8-02) *Previous editions obsolete* | Electronic Form Version Designed in JetForm 5.2 Version

ATTACHMENT A

5 Deer Path, Charlottesville, Virginia, 22903, and all closed cabinets and containers (collectively, the "Premises"), is located in the Bellair subdivision, and is a single-story, ranch-style residence, with a white painted veneer brick front, with black shutters, and five front steps leading to a black colored entrance door. Directly across the street from the residence is a black mailbox with the black number "5" affixed to the mail post. Located on the property of the residence is a green outer building described as a storage shed.

ATTACHMENT B

Items to be searched, located, and/or seized from the premises known and described in Attachment A, which constitute evidence of violations of 21 U.S.C. §§ 813, 841 and 846 (the "Target Offenses"):

1. United States currency, precious metals, gems, jewelry, and financial instruments, including, but not limited to, stocks and bonds;

2. Any illicit narcotics or controlled substances or controlled substance analogues;

3. Books, records, receipts, notes, ledgers and other papers and evidence relating to the transportation, ordering, purchase and distribution of controlled substances, including real estate and property records, airline travel records, rental car receipts, ledgers, and billing records for telephones and other electronic devices, drug ledgers, faxes, printed e-mails, and identification documents, including driver's licenses, passports, other travel documents, and social security cards;

4. Books, records, receipts, bank statements, credit card records, money drafts, letters of credit, money order and cashier's checks and receipts, passbooks, bank checks, and other items evidencing the obtaining, secreting, transfer, attempt to legitimize and/or concealment of assets and the obtaining, secreting, transferring, attempting to legitimize, concealment and/or expenditure of money, including, but not limited to, receipts relating to the shipment of cash by any interstate carrier, real estate records, and records related to shell corporations and business fronts;

5. Photographs, in particular, photographs of co-conspirators, assets, controlled substances, firearms, ammunition and other weapons;

6. Indicia of occupancy, residency, and/or ownership of the Premises, other vehicles and other property, including, but not limited to, utilities and telephone bills, canceled envelopes, and keys (including safe deposit box keys);

7. Books, records, notebooks and other written or electronic materials used to store names, addresses, telephone numbers and/or paging numbers for criminal associates and other information relevant to violations of the Target Offenses;

8. Paraphernalia for packaging, cutting, weighing and distributing controlled substances, including but not limited to scales, plastic and glassine bags and other storage materials;

9. Any safes, key-lock strong boxes, suitcases, containers, traps, and other boxes or instruments secured by combination and/or key locks of various kinds that may contain items described in this Rider; and

10. Any and all other material evidence of violations of the Target Offenses.